

EW

**In the United States District Court**
**For the Northen District of Illinois**
**Eastern Division**

**Shenzhen Kunshengze**
**Electronic Commerce Co., Ltd.,**

       Plaintiff

v.

**eShippers**

       Defendant

Case No. 23-CV-16109

## MOTION TO DISMISS

    eShippers is among many defendants listed in the case presented by the Plaintiff. Because eShippers does not expressly conduct business where the complaint has been filed nor is it located in that jurisdiction, eShippers that eShippers is dismissed as a defendant in the Plaintiff's case.

By: Susan Lee on 1-2-2024

/s/ Susan Lee