**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Kunshengze Electronic Commerce Co., Ltd., <br><br>Plaintiff, <br><br>v. <br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br>Defendants. | Case No. 23-CV-16109 <br><br>Hon. Franklin U. Valderrama <br><br>Hon. Mag. Jeffrey Cole |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 23, 2024 [Dkt. 72] in favor of Plaintiff and against the Defaulting Defendants identified in the judgment order. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendants | Line No. on Schedule A to the Complaint |
|---|---|
| gogoway | 42 |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

                                                                     SHENZHEN KUNSHENGZE ELECTRONIC COMMERCE CO., LTD,

Date:   April 25, 2024                                         By:   /s/ Depeng Bi
                                                                                        An attorney for plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Depeng Bi
Depeng Bi

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825
E-Mail: ebi@sherinianlaw.net

3